1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

**VERNELL SMITH,**

Petitioner,

v.

**ON HABEAS CORPUS,**

Respondent.

1:12-cv-01251 AWI MJS HC

**ORDER ADOPTING FINDINGS AND RECOMMENDATION GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND**

**(Doc. 11)**

17

18      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

19   corpus pursuant to 28 U.S.C. § 2254.

20      On May 17, 2013, the Magistrate Judge issued a Findings and Recommendation

21   that the motion to dismiss be granted, and Petitioner be provided thirty (30) days from

22   the dated of the order adopting to file an amended petition for writ of habeas corpus to

23   attempt to plead a cognizable federal claim. This Findings and Recommendation was

24   served on all parties with notice that any objections were to be filed within thirty (30)

25   days of the date of service of the order. Petitioner did not file objections; instead he filed

26   a first amended petition on June 14, 2013.

27      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has

28   conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the

1

1  Court concludes that the Magistrate Judge's Findings and Recommendation is

2  supported by the record and proper analysis.

3        Accordingly, IT IS HEREBY ORDERED that:

4        1.     The Findings and Recommendation issued May 17, 2013, is ADOPTED;

5        2.     The Motion to Dismiss is GRANTED; and

6        3.     The matter is referred to the Magistrate Judge for further action in light of

7               this order.

8

9

10  IT IS SO ORDERED.

11  Dated:   June 26, 2013                    _____

                                              SENIOR  DISTRICT  JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28