IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VERNELL SMITH,**<br><br>Petitioner,<br><br>v.<br><br>**ON HABEAS CORPUS,**<br><br>Respondent. | 1:12-cv-01251 AWI MJS HC<br><br>**ORDER REQUIRING RESPONDENT TO FILE RESPONSE**<br><br>**SIXTY-DAY DEADLINE** |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On June 26, 2013, the Court denied Respondent's motion to dismiss, and referred the matter to the assigned Magistrate Judge for further proceedings.

    Petitioner filed a first amended petition for writ of habeas corpus on June 14, 2013. (See ECF No. 17.)

    Respondent is hereby ordered to file a response to the amended petition within sixty (60) days of the date of service of this order.

    The traverse, opposition and reply shall be filed in accordance to the instructions set forth in the briefing schedule issued by this Court on September 6, 2012. (Briefing

Schedule, ECF No. 5.)

IT IS SO ORDERED.

Dated:     July 1, 2013              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE